IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA A. HASS, and DOUGLAS A. HASS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P., in Lincoln, Nebraska;<br><br>            Defendants. | 4:16CV3183<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Nicholas K. Rudman as counsel of record on behalf of Defendants Wal-Mart Stores East, L.P., Wal-Mart Stores, Inc., (Filing No. 23), is granted.

September 14, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge