IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA A. HASS, and DOUGLAS A. HASS,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P., in Lincoln, Nebraska;<br><br>　　　　　　Defendants. | 4:16CV3183<br><br>ORDER |

IT IS ORDERED:

1) The parties' motion, (filing no. 33), is hereby granted in part.

2) A status conference to discuss case progression, any deadlines which may need to be extended, and the parties' interest in alternative dispute resolution will be held with the undersigned magistrate judge on November 27, 2017 at 9:00 a.m. by telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

November 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge